# JOHN MILLER CARROLL
## LAW OFFICE, S.C.
**226 S. State Street**
**Appleton, Wisconsin 54911**
**Phone: 920-734-4878**

**Attorney John M. Carroll**  **Facsimile: 920-734-7725**  Admitted to practice before the:
**State Bar No. 1010478**  **visit:** *jmclaw.net*  United States Supreme Court
*E-mail address: john@jmclaw.net*  7th Circuit of the United States
**Tax ID: 82-4501277**  Court of Appeals
  State and Federal Courts of WI

October 17, 2022

United States District Judge William Griesbach
United States Courthouse
125 South Jefferson Street
Green Bay, WI 54301-4541

    **RE:** *USA v. Brian B Alden*
         **22-cr-111**

Dear Judge Griesbach,

    The Defendant, Brian Alden, and Attorney Carroll have had an opportunity to review the Pre-Sentence Report. There are no corrections, additions, or objections to this report.

    Thank you for your anticipated cooperation.

                      Kindest Regards,

                      *JOHN MILLER CARROLL*
                      *LAW OFFICE, S. C.*

                      */s/: John Miller Carroll*
                      John Miller Carroll

JMC/hh
CC: US Probation
     Assistant US Attorney Alex Duros