# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **BRIAN B. ALDEN** | Case No. 22-CR-111 |

| | |
|---|---|
| HONORABLE WILLIAM C. GRIESBACH presiding | Time Called: 11:01 a.m. |
| Proceeding Held: March 10, 2023 | Time Concluded: 11:21 a.m. |
| Deputy Clerk: Mara | Tape: 031023 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | Alexander Duros |
| BRIAN B. ALDEN by: | John Miller Carroll |
| US PROBATION OFFICE by: | Brian Koehler |

☒ Defendant appears in person.

The court addresses Defendant's motion to adjourn this hearing.
Government states the defendant has been compliant with his conditions of release but addresses concerns as to the finality of this case. Mr. Duros states the government would not object to a sentencing report date.
Mr. Carroll states the court can proceed with sentencing today but will request a sentencing report date.

☐ The parties have no objections to the factual statements in the PSR  ☒ The parties have no objections to the application of the guidelines in the PSR

☒ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☒ Defendant
Mr. Carroll addresses a statement in the PSR regarding Probation's unsuccessful attempts to contact the defendant's mother for the report.

☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☒ The court adopts the factual statements and guideline application as set forth in the PSR

☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: Joint recommendation 5-year mm.
☒ Defendant exercises right of allocution.
☐ The government dismisses count(s) _____.

☒ The defendant presents sentencing argument: Joint recommendation 5-year mm.
☒ The court imposes sentence.
☒ Defendant advised of appeal rights.

**SENTENCE IMPOSED:**

**Imprisonment:** 60 months as to Ct 1 of the Indictment.

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
**TOTAL TERM OF IMPRISONMENT IMPOSED: 60 months.**

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**

**Supervised Release:** 5 years as to Ct 1 of the Indictment.

**MONETARY PENALTIES**

**Special Assessment:** $ 100.00        due immediately

**Fine:** $                 ☒ fine waived

**Restitution:** $                 ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

The court and parties address the defendant's request for a sentencing report date. The court states this matter has already been delayed multiple times and orders detention under 18 U.S.C. § 3143(a)(2).

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☒ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☒ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: