# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

*Plaintiff,*

**v.** **Case No. 22-CR-111**

**BRIAN B. ALDEN,**

*Defendant.*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**REVOCATION HEARING**

**November 24, 2026 at 2:30 p.m. (CT)**
**before U.S. District Judge William C. Griesbach**

JEFFERSON COURT BUILDING
ROOM 201
125 SOUTH JEFFERSON STREET
GREEN BAY, WI 54301

**IF THE DEFENDANT IS FREE ON BOND, BOND WILL BE FORFEITED IF THE DEFENDANT FAILS TO APPEAR.**

Dated: October 21, 2026

LIINDA M. KLEMM
CLERK OF COURT

s/ M. VandenHeuvel
Deputy Clerk
(920) 884-3720